## TAYLOR *v.* CLEGHORN BROTHERS.

GILBERT, J. "There is no provision of law for reviewing by writ of error an interlocutory order merely dissolving, revoking, or setting aside a temporary restraining order." *Barrett* v. *American Securities Co.,* 173

*Ga.* 57 (159 S. E. 866); *Swinson* v. *Dublin*, 178 *Ga.* 323 (173 S. E. 93). *Writ of error dismissed. All the Justices concur.*

No. 10110. APRIL 12, 1934.

*Boykin & Boykin* and *Leon Hood,* for plaintiff.
*J. W. Cole* and *Willis Smith,* for defendants.